UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORNERSTONE BIOPHARMA, INC., J-MED PHARMACEUTICALS, INC., and ALLAN M. WEINSTEIN, <br><br> Defendants. | C.A. No. 8:08 cv 02999 (DKC) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel that the time in which Cornerstone BioPharma, Inc., J-Med Pharmaceuticals, Inc. and Allan M. Weinstein may plead, move or otherwise respond to the complaint of Breckenridge Pharmaceutical, Inc. shall be extended to and including January 16, 2009. No previous requests have been made for an extension of time to answer or move with respect to the complaint.

SO ORDERED:

———————————————
DEBORAH K. CHASANOW
United States District Judge

Dated: December ____, 2008

We hereby stipulate to the entry of the foregoing Order.

Dated: December 2, 2008

CROWELL & MORING LLP

/s/ Joseph L. Meadows
Joseph L. Meadows (Fed. Bar No. 15856)
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
jmeadows@crowell.com

Bruce D. DeRenzi
153 East 53rd Street
New York, New York 10022
Tel: (212) 895-4200
bderenzi@crowell.com

*Attorneys for Plaintiff*
*Breckenridge Pharmaceutical, Inc.*

ROTHWELL, FIGG, ERNST
 & MANBECK, P.C.

/s/ Brian A. Tollefson
Brian A. Tollefson (Fed. Bar No. 16289)
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
Tel: (202) 783-6040
btollefson@rfem.com

SMITH, ANDERSON, BLOUNT,
 DORSETT, MITCHELL & JERNIGAN, LLP

Robert J. Morris
2500 Wachovia Capitol Center
Raleigh, NC 27601
Tel: (919) 821-1220
jmorris@smithlaw.com

*Attorneys for Defendant*
*Cornerstone Biopharma, Inc.*

FROMMER LAWRENCE & HAUG LLP

/s/ Michael F. Brockmeyer
Michael F. Brockmeyer (Fed. Bar No. 02307)
1667 K Street, NW
Washington, D.C. 20006
Tel: (202) 292-1530
mbrockmeyer@flhlaw.com

Porter F. Fleming
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
pfleming@flhlaw.com

*Attorneys for Defendants*
*J-Med Pharmaceuticals, Inc. and*
*Allan M. Weinstein*